THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLISON N. RANDAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS, INC, a Delaware corporation conducting business in the State of Washington; MICHAEL D. MICHELENA, an individual employed by XPO LOGISTICS, INC.; TILLAMOOK COUNTY CREAMERY ASSOCIATION, an Oregon corporation conducting business in the State of Washington; RAY A. NAEGELI, an individual employed by TILLAMOOK COUNTY CREAMERY ASSOCIATION; J. DOE CORPORATIONS AND/OR ENTITIES 1-5; and J. DOE 1-5, individuals,<br><br>Defendants. | NO. 3:18-cv-6002 BHS<br><br>ORDER GRANTING PLAINTIFF ALLISON N. RANDAL (1) UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANTS RAY A. NAEGELI AND TILLAMOOK COUNTY CREAMERY ASSOCIATION AND (2) REVISE CASE CAPTION<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 13, 2019** |

THIS MATTER having come before the above-entitled Court on Plaintiff Allison N. Randal's (1) Unopposed Motion to Voluntarily Dismiss Defendants Ray A. Naegeli and Tillamook County Creamery Association and (2) Revise the Case Caption accordingly, and the Court having considered the files and records herein, including:

ORDER GRANTING PLAINTIFF'S UNOPPOSED (1) MOTION TO VOLUNTARILY DISMISS DEFENDANTS RAY A. NAEGELI AND TILLAMOOK COUNTY CREAMERY ASSOCAITION AND (2) REVISE CASE CAPTION - 1

**WASHINGTON INJURY LAWYERS, PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
T: (425) 312-3057 | F: (206) 866-0208

1. Plaintiff's (1) Motion to Voluntarily Dismiss Defendants Ray A. Naegeli and Tillamook County Creamery Association and (2) Revise the Case Caption; and

2. Declaration of Young-Ji Ham in support of Plaintiff's (1) Motion to Voluntarily Dismiss Defendants Ray A. Naegeli and Tillamook County Creamery Association and (2) Revise the Case Caption;

It is hereby **ORDERED** that Plaintiff's (1) Motion to Voluntarily Dismiss Defendants Ray A. Naegeli and Tillamook County Creamery Association and (2) Revise the Case Caption is GRANTED. Plaintiff will continue to pursue her claims against the remaining defendants, XPO Logistics, Inc. and Michael D. Michelena.

DATED this 13th day of September, 2019 at Tacoma, Washington.

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:
**WASHINGTON INJURY LAWYERS, PLLC,**

*/s/Young-Ji Ham*
Young-Ji Ham, WSBA #46421
*Attorney for Plaintiff*

NOTICE OF PRESENTATION WAIVED:
**MERRICK, HOFSTEDT & LINDSEY, P.S.,**

ORDER GRANTING PLAINTIFF'S UNOPPOSED (1) MOTION TO VOLUNTARILY DISMISS DEFENDANTS RAY A. NAEGELI AND TILLAMOOK COUNTY CREAMERY ASSOCAITION AND (2) REVISE CASE CAPTION - 2

**WASHINGTON INJURY LAWYERS, PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
T: (425) 312-3057 | F: (206) 866-0208

_____
Thomas J. Collins, WSBA No. 2157
Peter C. Nierman, WSBA No. 44636
*Attorneys for Defendants XPO Logistics, Inc. and Michael D. Michelena*

**HELSELL FETTERMAN LLP,**

_____
Shawn Q. Butler, WSBA # 45731
David L. Tran, WSBA # 50707

ORDER GRANTING PLAINTIFF'S UNOPPOSED (1) MOTION TO VOLUNTARILY DISMISS DEFENDANTS RAY A. NAEGELI AND TILLAMOOK COUNTY CREAMERY ASSOCAITION AND (2) REVISE CASE CAPTION - 3

**WASHINGTON INJURY LAWYERS, PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
T: (425) 312-3057 | F: (206) 866-0208