UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLISON N. RANDAL, an individual,<br>    Plaintiff,<br>vs.<br><br>XPO LOGISTICS, INC, a Connecticut corporation conducting business in the State of Washington; MICHAEL D. MICHELENA, an individual employed by XPO LOGISTICS, INC.; J. DOE CORPORATIONS AND/OR ENTITIES 1-5; and J. DOE 1-5, individuals,<br><br>    Defendants. | No. 3:18-cv-06002-BHS<br><br>**PLAINTIFF'S [PROPOSED] FINDINGS OF FACT CONCLUSIONS OF LAW (FFCL)** |

COMES NOW Plaintiff, Allison N. Randal, by and through her counsel of record, and proposes the following findings of fact conclusions of law (FFCL):

**A. Findings of Fact:**

1. Plaintiff is female, 45 years old, and currently resides in New York.

2. XPO Logistics, Inc., is a corporation headquartered in Delaware that does business in Washington state and throughout the United States.

3. On or about December 23, 2015, at approximately 10:25 a.m., Plaintiff was

PLAINTIFF'S [PROPOSED] FINDINGS OF FACT
CONCLUSIONS OF LAW – 1

WASHINGTON INJURY LAWYERS, PLLC
1700 7TH AVE, SUITE 2100
SEATTLE, WA 98101
P: (425) 312-3057 | F: (206) 866-0208

driving southbound on I-5, near mile marker 84, in Centralia Lewis County, Washington.

  4. Defendant Michael Michelena ("Michelena") was driving a tractor trailer in the same lane, two vehicles behind Plaintiff.

  5. Defendant Michelena's truck rear-ended a truck behind Plaintiff's vehicle, thereby causing the subject collision.

  6. Defendant Michelena was working on behalf of XPO Logistics, Inc. at the time of the crash.

  7. Defendants contest the nature and extent of Plaintiff's injuries and damages.

**B. Conclusions of Law:**

 1. Defendants admit liability for the subject crash.

 2. Defendants admit causing the injuries and damages proximately caused by the subject crash.

  DATED this _____ day of September 2020.

            _____
            Hon. Benjamin H. Settle
            United States District Judge

FORM APPROVED,
**WASHINGTON INJURY LAWYERS, PLLC,**

_____
Young-Ji Ham, WSBA # 46421
Jenna M. Labourr, WSBA # 44555
*Attorneys for Plaintiff Allison Randal*

PLAINTIFF'S [PROPOSED] FINDINGS OF FACT   **WASHINGTON INJURY LAWYERS, PLLC**
CONCLUSIONS OF LAW – 2            1700 7TH AVE, SUITE 2100
                             SEATTLE, WA 98101
                       P: (425) 312-3057 | F: (206) 866-0208

# CERTIFICATE OF SERVICE

I hereby declare under the penalty of perjury under the laws of the State of Washington and the United States of America that I have served a true and correct copy, except where noted, of the foregoing **[PROPOSED] FINDINGS OF FACT CONCLUSIONS OF LAW** upon the individual(s) listed by the following means:

| | |
|---|---|
| **Counsel for Defendants:**<br>Thomas J. Collins, WSBA # 2157<br>Christopher Campbell, WSBA # 44636<br>**MERRICK, HOFSTEDT & LINDSEY, P.S.**<br>3101 Western Avenue, Suite 200<br>Seattle, WA 98121<br>Phone: (206) 682-0610<br>E-mail: tcollins@mhlseattle.com; ccampbell@mhlseattle.com; | [X] Via EMAIL |
| **Counsel for Defendants:**<br>Shawn Toliver, CABA # 148349<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>2185 N. California Boulevard, Suite 300<br>Walnut Creek, CA 94596<br>Phone: (925) 357-3456<br>E-mail: Shawn.Toliver@lewisbrisbois.com;<br>Connie.Costanza@lewisbrisbois.com; | [X] Via EMAIL |
| **Counsel for Defendants:**<br>Heather Jensen, WSBA # 29635<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Phone: (206) 436-2020<br>E-mail: Heather.Jensen@lewisbrisbois.com;<br>Logan.Platvoet@lewisbrisbois.com; | [X] Via EMAIL |

Executed on the 29th of September, 2020, in Shoreline, Washington, in accordance with 28 USC 1746.

**WASHINGTON INJURY LAWYERS, PLLC,**

*/s/ Young-Ji Ham*

Young-Ji Ham, WSBA # 46421