**THE HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLISON N. RANDAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS, INC, a Delaware corporation conducting business in the State of Washington; MICHAEL D. MICHELENA, an individual employed by XPO LOGISTICS, INC.; J. DOE CORPORATIONS AND/OR ENTITIES 1-5; and J. DOE 1-5, individuals,<br><br>Defendants. | NO. 3:18-cv-6002 BHS<br><br>**DEFENDANTS XPO LOGISTICS, INC. AND MICHAEL MICHELENA'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Defendants XPO Logistics, Inc. and Michael D. Michelena (collectively "Defendants"), submit the following Proposed Findings of Fact and Conclusions of Law in advance of the trial of this matter to the Court on October 20, 2020.

I.  **FINDINGS OF FACT**

1. Allison N. Randal ("Plaintiff") is a 45-year-old female and presently resides in the state of New York. At the time of the accident, Plaintiff was 41 years old.

2. XPO Logistics, Inc. is a corporation, headquartered in Delaware and does business in the State of Washington and throughout the United States.

3. On or about December 23, 2015, at approximately 10:25 a.m., Plaintiff was driving southbound on I-5, near mile marker 84, in Lewis County, Washington.

4. Plaintiff was driving with her 16-year-old son, Martin ("Max") Randal in a 1998

|   |     |                                                                              |
|---|-----|------------------------------------------------------------------------------|
| 1 |     | Ford Explorer.                                                               |
| 2 | 5.  | Defendant Michael D. Michelena ("Michelena") was driving a 2007 International |
| 3 |     | semi-truck and was pulling a container trailer.                              |
| 4 | 6.  | Defendant Michelena was driving the semi-truck and trailer on behalf of XPO  |
| 5 |     | Logistics, Inc.                                                              |
| 6 | 7.  | Defendant Michelena was driving the semi-truck and trailer two vehicles behind |
| 7 |     | Plaintiff.                                                                   |
| 8 | 8.  | Defendant Michelena's semi-truck and trailer rear-ended a truck behind Plaintiff's |
| 9 |     | vehicle, which then rear-ended Plaintiff's vehicle.                          |
| 10 | 9. | Plaintiff sustained injuries to her left lower extremity as a result of the subject |
| 11 |    | motor vehicle accident.                                                      |

## II. CONCLUSIONS OF LAW

1. Pursuant to 28 U.S.C. §1332(a)(1), this Court has diversity jurisdiction because Plaintiff does not share a state of citizenship with the Defendants. This Court also has jurisdiction based on the amount in controversy, which exceeds $75,000. Venue is proper in the Western District of Washington, pursuant to 28 U.S.C. §1391(b)(2) and (c)(2), because a substantial part of the events or omission giving rise to the claims herein occurred in Lewis County and Defendants are subject to this Court's personal jurisdiction with respect to the civil action in question.

2. Defendant Michelena was working in the course and scope of his relationship with Defendant XPO Logistics, Inc. at the time of the accident and was negligent in the operation of his semi-truck and trailer.

3. The Defendants are liable to the Plaintiff only for the injuries and damages proximately caused by the negligence of the Defendants.

4. The Plaintiff has the burden of proof to establish entitlement to each element of her claimed damages by a preponderance of the evidence.

5. The Plaintiff has failed to meet her burden of proof to establish entitlement to

| | |
|---|---|
| | damages for past medical expenses. |
| 6. | The Plaintiff has failed to meet her burden of proof to establish entitlement to damages for past lost income. |
| 7. | The Plaintiff has failed to meet her burden of proof to establish entitlement to damages for loss of future earning capacity. |
| 8. | The Plaintiff has failed to meet her burden of proof to establish entitlement to damages for future medical expenses. |
| 9. | The Plaintiff has failed to meet her burden of proof to establish entitlement to damages for life care plan costs. |
| 10. | The Plaintiff has failed to meet her burden of proof to establish entitlement to damages for pain and suffering. |
| 11. | Plaintiff has not proffered admissible expert testimony regarding her claims for past income loss and loss of future earning capacity. Plaintiff's proffered expert testimony is not admissible under Federal Rules of Evidence Rule 702. |

Plaintiff has not proffered testimony from a qualified medical expert in the field of foot and ankle orthopedic surgery regarding her need for future surgery, based on a reasonable degree of medical certainty, and only has provided medical testimony that is unsupported speculation. Therefore, Plaintiff has failed to meet her burden of proof on this issue. *McLaughlin v. Cooke,* 112 Wn.2d 829, 836, 774 P.2d 1171 (1989).

DATED this _____ day of _____ 2020.

_____
Hon. Benjamin H. Settle
United States District Judge

FORM APPROVED:

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Shawn A. Toliver*
Shawn A. Toliver, *pro hac vice*
Shawn.Toliver@lewisbrisbois.com

2185 N. California Blvd., Ste. 300
Walnut Creek, CA 94596
Telephone: (925) 357-3456
Facsimile: (925) 478-3260

MERRICK, HOFSTEDT & LINDSEY, P.S.

*/s/ Thomas J. Collis*
Thomas J. Collins, WSBA # 2157
tcollins@mhlseattle.com

*/s/ Christopher A. Campbell*
Christopher A. Campbell, WSBA #50959
ccampbell@mhlseattle.com

3101 Western Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 682-0610
Facsimile: (206) 467-2689

*Attorneys for Defendants XPO Logistics, Inc. and Michael D. Michelena*

NO. 3:18-cv-6002 BHS

**DEFENDANTS XPO LOGISTICS, INC. AND MICHAEL MICHELENA'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**

# **DECLARATION OF SERVICE**

The undersigned certifies under the penalty of perjury that on the date set forth below, I caused to be served a copy of the foregoing document on the following individuals in the manner indicated:

| Young-Ji Ham<br>Jenna M. Labourr<br>WASHINGTON INJURY LAWYERS, PLLC<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>youngji@washinjurylaw.com<br>jenna@washinjurylaw.com<br>*Counsel for Plaintiff* | ( x ) | Electronic service via CM/ECF |
|---|---|---|

EXECUTED this 29th day of September, 2020, at Seattle, Washington.

                                        s/ *Christopher A. Campbell*
                                        Christopher A. Campbell, WSBA #50959